1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAULINE MARIE HOGAN,                    Case No.  2:23-cv-00548-JDP (SS)

12                 Plaintiff,                 ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS AND
13          v.                                DIRECTING E-SERVICE

14    KILOLO KIJAKAZI, Acting                 ECF No. 2
      Commissioner of Social Security,
15
                    Defendant.
16

17

18          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and

19    has submitted the required affidavit demonstrating that plaintiff is unable either to prepay fees

20    and costs or to give security for them.  ECF No. 2.  The court will therefore grant plaintiff's

21    motion to proceed *in forma pauperis* and direct service of the complaint.

22          Accordingly, it is hereby ORDERED that:

23          1.  Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is granted.

24          2.  The Clerk of the Court is directed to issue process and to serve upon plaintiff the

25    undersigned's scheduling order and Order re Consent or Request for Reassignment for social

26    security cases.

27

28

3.  Service on defendant shall proceed under the court's e-service program.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The court has been informed that the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:    April 5, 2023                                      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE