PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4846
      E-Mail: sathya.oum@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MARIE HOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-CV-00548-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from October 27, 2023, up to and including December 26, 2023. This is the Defendant's first request for an extension.

    Defendant was recently reassigned this matter and requires additional time to review the record and Plaintiff's brief. The undersigned currently has ten briefs due in the next eight weeks, and has to work on cases with earlier deadlines. She also has other duties as a member of this office's defensibility team. Additionally, she will be taking one week of pre-planned leave in November. Plaintiff's attorney has indicated that Plaintiff has no objection to this request.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated:  October 27, 2023         /s/  *Jonathan Peña*     *
                                            (*as authorized on behalf of Dolly Trompeter via e-mail on October 26, 2023)
                                            JONATHAN PEÑA
                                            Attorney for Plaintiff

Dated: October 27, 2023         PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

                                By:    /s/  *Sathya Oum*
                                            SATHYA OUM
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 26, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  October 27, 2023                                             
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE