PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MARIE HOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-00548-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** ~~**PROPOSED**~~ **ORDER** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 19, 2023         Peña & Bromberg, PLC

                      By:   */s/ Dolly Trompeter*
                             DOLLY TROMPETER
                             * *By email authorization on December 19, 2023*
                             Attorney for Plaintiff

Dated: December 19, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                      By:   */s/ Sathya Oum*
                             Special Assistant United States Attorney
                             Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for summary judgment, ECF No. 17, is denied as moot.
2. The Clerk of Court is directed to enter judgment in plaintiff's favor, and against defendant.
3. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

Dated:   December 19, 2023                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE